IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JASON HOLLOWAY                                                                              PLAINTIFF

VERSUS                                                    CIVIL ACTION NO. 5:23-cv-00008-BWR

WARDEN SCOTT MIDDLEBROOKS, et al.                                          DEFENDANTS

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion [17] for Summary Judgment filed by the Correctional Defendants is **GRANTED IN PART AND DENIED IN PART**. Plaintiff's federal claims against Warden Scott Middlebrooks, Management & Training Corporation, and Deputy Warden William DeRevere are **DISMISSED WITH PREJUDICE**. His state-law claims against the Correctional Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Motion [19] for Summary Judgment filed by the Medical Defendants is **GRANTED IN PART AND DENIED IN PART**. Plaintiff's federal claims against Dr. James B. Burke; Vitalcore Health Strategies, LLC; Nurse Eshunna Robinson; and Health Services Administrator Linda St. Julien are **DISMISSED WITH PREJUDICE**. His state-law claims against the Medical Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS, FINALLY, ORDERED AND ADJUDGED** that this case is closed.

**SO ORDERED AND ADJUDGED,** this 5th day of February, 2024.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE